UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| QUIXTAR, INC., ) | 3:07-CV-0505-ECR (RAM) |
|       Plaintiff, ) | |
|    vs. ) | ORDER |
| SIGNATURE MANAGEMENT TEAM, ) LLC, dba TEAM, ) | |
|       Defendant. ) | |

Respondent Benjamin Dickie has filed a Motion to Clarify February 21, 2008, Minute Order or, In the Alternative, His Objection to Order (Doc. #84). Team has concurred in Respondent Dickie's Motion (Doc. #85). Plaintiff Quixtar, Inc. has opposed the Motion (Doc. #95) and Respondent Dickie has replied (Doc. #101).

The court having the considered the papers submitted in connection with the Motion, and good cause appearing therefor, Respondent Dickie's Motion to Clarify (Doc. #84) is GRANTED. Mr. Dickie is to answer questions on the following:

1. Websites, blogs and videos which Mr. Dickie created or on which he posted content, as an individual or as a TEAM employee;

2. Websites, blogs and videos which other TEAM employees created or on which they posted content;

3. Websites, blogs and videos which TEAMS management and leaders (founders of TEAM, policy council members and other TEAM-identified "leadership") created or on which they posted content.

///

If following entry of this Order Quixtar learns of websites, blogs and videos containing potentially tortuous content, the parties will submit letter briefs of no more than two (2) pages, exclusive of the excerpt of the potentially tortuous content, for resolution by the court. If the court concludes that such additional content is potentially tortuous then Mr. Dickie will be directed to answer questions regarding such websites, blogs and videos.

IT IS SO ORDERED.

DATED: April 7, 2008.

_____
UNITED STATES MAGISTRATE JUDGE