UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| QUIXTAR, INC., | ) | 3:07-CV-0505-ECR (RAM) |
| | ) | |
| Plaintiff, | ) | MINUTES OF THE COURT |
| | ) | |
| vs. | ) | July 1, 2008 |
| | ) | |
| SIGNATURE MANAGEMENT TEAM, LLC, dba TEAM, | ) | |
| | ) | |
| Defendant. | ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER         REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

MINUTE ORDER IN CHAMBERS:

Defendant Team has filed a Motion to Compel Production of Documents (Doc. #144). Plaintiff has opposed the Motion (Doc. #161).

It is clear from reviewing these documents that Defendant failed to comply with LR 26-7 prior to filing its Motion. That Local Rule provides that the parties engage in a "personal consultation" and a "sincere effort" to resolve the discovery dispute prior to filing a discovery motion. The Defendant's belief that a series of emails and/or letters between the parties satisfy the meet and confer requirement is mistaken.

Defendant's Motion to Compel Production of Documents (Doc. #144) is DENIED for failure to comply with LR 26-7. The filing of any further discovery motions in this matter without strict compliance with LR 26-7 will result in an award of sanctions.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK
By:         /s/
Deputy Clerk