UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| QUIXTAR, INC., | ) | 3:07-CV-0505-ECR (RAM) |
| | ) | |
| Plaintiff, | ) | MINUTES OF THE COURT |
| | ) | |
| vs. | ) | July 16, 2008 |
| | ) | |
| SIGNATURE MANAGEMENT TEAM, LLC, dba TEAM, | ) ) | |
| | ) | |
| Defendant. | ) ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER          REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

MINUTE ORDER IN CHAMBERS:

    Defendant has filed a Request for Leave to File Under Seal Defendant's Motion to Compel Continuation of Fed. R. Civ. P. 30(b)(6) Deposition on Quixtar's Databases (Doc. #170). Good cause appearing,

    Defendant's Request for Leave to File Under Seal Defendant's Motion to Compel Continuation of Fed. R. Civ. P. 30(b)(6) Deposition on Quixtar's Databases (Doc. #170) is GRANTED.

    IT IS SO ORDERED.

LANCE S. WILSON, CLERK
By:_____/s/_____
Deputy Clerk