UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| QUIXTAR, INC., | ) | 3:07-CV-0505-ECR (RAM) |
| | ) | |
| Plaintiff, | ) | <u>MINUTES OF THE COURT</u> |
| | ) | |
| vs. | ) | January 6, 2009 |
| | ) | |
| SIGNATURE MANAGEMENT TEAM, LLC, dba TEAM, | ) | |
| | ) | |
| Defendant. | ) | |

PRESENT:    <u>THE HONORABLE ROBERT A. McQUAID, JR.</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>JENNIFER COTTER</u>          REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

MINUTE ORDER IN CHAMBERS:

     Defendant Signature Management Team, LLC has filed a Motion for Clarification (Doc. #308). The Motion is well taken.

     The last day to file dispositive motions in this matter will be June 1, 2009. The Stipulated Pretrial Order will be due July 1, 2009, unless there are dispositive motions it will then be due thirty (30) days after a decision on the dispositive motions.

     IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:_____/s/_____
          Deputy Clerk