UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| QUIXTAR, INC., | ) | 3:07-CV-0505-ECR (RAM) |
| | ) | |
| Plaintiff, | ) | <u>MINUTES OF THE COURT</u> |
| | ) | |
| vs. | ) | October 13, 2009 |
| | ) | |
| SIGNATURE MANAGEMENT TEAM, LLC, dba TEAM, | ) | |
| | ) | |
| Defendant. | ) | |

PRESENT:   <u>THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE</u>

DEPUTY CLERK:   <u>JENNIFER COTTER</u>          REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

MINUTE ORDER IN CHAMBERS:

Defendant has filed a Motion for Leave to File Under Seal Defendant's Motion to Compel Stewart-Hart Materials Related to the Opinions of Quixtar's Damages Experts (Doc. #471). Good cause appearing,

Defendant's Motion for Leave to File Under Seal Defendant's Motion to Compel Stewart-Hart Materials Related to the Opinions of Quixtar's Damages Experts (Doc. #471) is <u>GRANTED</u>.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK
By:         /s/
       Deputy Clerk