UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| QUIXTAR, INC., | ) | 3:07-CV-0505-ECR (RAM) |
| | ) | |
| Plaintiff, | ) | MINUTES OF THE COURT |
| | ) | |
| vs. | ) | October 27, 2009 |
| | ) | |
| SIGNATURE MANAGEMENT TEAM, LLC, dba TEAM, | ) | |
| | ) | |
| Defendant. | ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER          REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

MINUTE ORDER IN CHAMBERS:

  Plaintiff has filed a Request to File Under Seal Plaintiff's Rule 72 Objections to the Magistrate Judge's Ruling on Quixtar's Motion to Compel Forensic Examination of Five Team Leaders' Electronic Devices and Web-Based Email (Doc. #477). Good cause appearing,

  Plaintiff's Request to File Under Seal Plaintiff's Rule 72 Objections to the Magistrate Judge's Ruling on Quixtar's Motion to Compel Forensic Examination of Five Team Leaders' Electronic Devices and Web-Based Email (Doc. #477) is GRANTED.

  IT IS SO ORDERED.

LANCE S. WILSON, CLERK
By:_____/s/_____
     Deputy Clerk