UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| QUIXTAR, INC., | ) | 3:07-CV-0505-ECR (RAM) |
| | ) | |
| Plaintiff, | ) | MINUTES OF THE COURT |
| | ) | |
| vs. | ) | November 10, 2009 |
| | ) | |
| SIGNATURE MANAGEMENT TEAM, LLC, dba TEAM, | ) | |
| | ) | |
| Defendant. | ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER          REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

MINUTE ORDER IN CHAMBERS:

      Defendant has filed a Request to File Under Seal Reply Brief of Defendant Signature Management Team, LLC in Support of its Motion to Compel Stewart-Hart Materials Related to the Opinions of Quixtar's Damage Experts (Doc. #486).  Good cause appearing,

      Defendant's Request to File Under Seal Reply Brief of Defendant Signature Management Team, LLC in Support of its Motion to Compel Stewart-Hart Materials Related to the Opinions of Quixtar's Damage Experts (Doc. #486) is GRANTED.

      IT IS SO ORDERED.

LANCE S. WILSON, CLERK
By:_____/s/_____
Deputy Clerk