JOHN J. FRANKOVICH (NSBN 667)
MIRANDA DU (NSBN 5288)
MCDONALD CARANO WILSON LLP
100 West Liberty Street, 10th Floor
Reno, Nevada 89505-2670
Telephone: (775) 788-2000
Facsimile: (775) 788-2020
E-Mail: jfrankovich@mcdonaldcarano.com
and mdu@mcdonaldcarano.com

CEDRIC C. CHAO (CA SBN 76045)
WILLIAM L. STERN (CA SBN 96105)
JAMES M. SCHURZ (CA SBN 145874)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
E-Mail: cchao@mofo.com
and wstern@mofo.com
and JSchurz@mofo.com

[Additional Counsel on Signature Page]

Attorneys for Plaintiff QUIXTAR INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| QUIXTAR INC., <br><br> Plaintiff, <br><br> v. <br><br> SIGNATURE MANAGEMENT TEAM, LLC d/b/a TEAM, APOLLO WORKS HOLDINGS, INC., GREEN GEMINI ENTERPRISES, INC., NORTH STAR SOLUTIONS, INC., NORTHERN LIGHTS SERVICES, INC., SUNSET RESOURCES, INC., and SKY SCOPE TEAM, INC., <br><br> Defendants. | Case No.  3:07-cv-00505 <br> **ORDER ON** <br> **REQUEST TO FILE UNDER SEAL OPPOSITION TO DEFENDANT'S OBJECTIONS TO MAGISTRATE JUDGE'S ORDER DENYING DEFENDANT'S MOTION TO COMPEL** |

Plaintiff Quixtar Inc. ("Quixtar") respectfully seeks leave of this Court to file under seal its Opposition to Defendant's Objections to Magistrate Judge's Order Denying Defendant's Motion to Compel ("Quixtar's Opposition") for the following reasons:

1. In an abundance of caution, Quixtar requested the Court to seal the hearing held on December 2, 2009 on TEAM's Motion to Compel ("December 2, 2009 Hearing"). The Court granted Quixtar's request and sealed the records of the December 2, 2009 Hearing, as well as the Minutes of the Proceedings held on December 2, 2009. Quixtar has moved to unseal the December 2, 2009 Hearing records (*see* Dkt. No. 503), however, the Court has not ruled on that motion. Accordingly, the December 2, 2009 Hearing records remain sealed.

2. Quixtar's Opposition references the December 2, 2009 Hearing and the Court's order relating to that hearing.

Quixtar thus respectfully requests this Court's leave to file its Opposition under seal.

Dated: January 4, 2010

*/s/ Miranda Du*
JOHN FRANKOVICH
MIRANDA DU
MCDONALD CARANO WILSON LLP
100 W. Liberty Street, 10th Floor
P.O. Box 2670
Reno, NV 89505-2670

CEDRIC C. CHAO
WILLIAM L. STERN
JAMES M. SCHURZ
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482

JAMES SOBIERAJ (IL SBN 6183779)
DOMINIC P. ZANFARDINO (IL SBN 6204603)
BRINKS HOFER GILSON & LIONE
NBC Tower, Suite 3600 North Cityfront Plaza Drive
Chicago, IL 60611-5599
Telephone: (312) 321-4226
E-Mail: jsobieraj@usebrinks.com
and dzanfardino@usebrinks.com

2



JAMES K. CLELAND (BN P68507)
BRADLEY SMITH (BN 52,230)
BRINKS HOFER GILSON & LIONE
524 South Main Street, Suite 200
Ann Arbor, MI 48104-2921
Telephone: (734) 302-6032
E-Mail: jcleland@usebrinks.com
and bsmith@usebrinks.com

EDWARD J. BARDELLI (MI SBN P53849)
BRIAN J. MASTERNAK (MI SBN P57372)
WARNER NORCROSS & JUDD LLP
900 Fifth Third Center, 111 Lyon Street, NW
Grand Rapids, MI 49503
E-Mail: EBardelli@wnj.com
and BMasternak@wnj.com

Attorneys for Plaintiff Quixtar Inc.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: _____January 5, 2010_____

## CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury, that I am an employee of McDonald Carano Wilson <sup>LLP</sup> and that pursuant to LR 5-3 I caused to be electronically filed on this date, a true and correct copy of the **REQUEST TO FILE UNDER SEAL OPPOSITION TO DEFENDANT'S OBJECTIONS TO MAGISTRATE JUDGE'S ORDER DENYING DEFENDANT'S MOTION TO COMPEL** with the Clerk of the Court using the CM/ECF system, which will automatically e-serve the same on the attorneys of record set forth below:

Sharon M. Woods, *swoods@bsdd.com*
Morley Witus, *mwitus@bsdd.com*
Daniel LaCombe, *dlacombe@bsdd.com*
Barris, Sott, Denn & Driker, P.L.L.C.
211 West Fort Street, 15th Floor
Detroit, MI 48226-3281

Wm. Charles Bundren, *cbundren@aol.com*
Wm. Charles Bundren & Associates
2591 Dallas Pkwy, Suite 300
Frisco, TX 75034

Michael Y. McCormick, *mmccormick@mhn-law.com*
Ronald T. Hancock, *rhancock@mhn-law.com*
Anthony Spaeth, *aspaeth@mhn-law.com*
McCormick, Hancock & Newton
1900 West Loop South, Ste. 700
Houston, TX 77027

Evan Beavers, *beaverslaw@charterinternet.com*
EVAN BEAVERS AND ASSOC., P.C.
1625 Highway 88, Suite 304
Minden, NV 89423

Kirk B. Lenhard, *kbl@jonesvargas.com*
Adam K. Bult, *abult@jonesvargas.com*
JONES VARGAS
3773 Howard Hughes Parkway
Third Floor South
Las Vegas, NV 89169

John Desmond, *jpd@jonesvargas.com*
Molly Malone Rezac, *mrezac@jonesvargas.com*
JONES VARGAS
100 W. Liberty St., 12th Floor,
PO Box 281
Reno, NV 89504

Daniel J.M. Schouman, *dschouman@gmail.com*
Ryan & Schouman, P.L.C.
1060 E. West Maple
Walled Lake, MI 48390

William A. Sankbeil, *was@krwlaw.com*
Joanne Geha Swanson, *jgs@krwlaw.com*
Kerr, Russell and Weber, PLC
500 Woodward Avenue, Suite 2500
Detroit, MI 48226

Dated: January 4, 2010

*/s/ Kathleen E. Ryd*
Kathleen E. Ryd

4