UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| QUIXTAR, INC., | ) | 3:07-CV-0505-ECR (RAM) |
| | ) | |
| Plaintiff, | ) | MINUTES OF THE COURT |
| | ) | |
| vs. | ) | May 26, 2010 |
| | ) | |
| SIGNATURE MANAGEMENT TEAM, LLC, dba TEAM, | ) | |
| | ) | |
| Defendant. | ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER          REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):   NONE APPEARING

COUNSEL FOR DEFENDANT(S):   NONE APPEARING

MINUTE ORDER IN CHAMBERS:

      Defendants have filed a Request to Temporarily File Under Seal Portions of Their Motion for Determination That Their Summary Judgment Motions Should Not Be Filed Under Seal and to Temporarily File Under Seal Portions of Their Motions for Summary Judgment (Doc. #529). Good cause appearing,

      Defendants' Request (Doc. #529) is GRANTED and Defendants may file a redacted version of their Motion to Unseal and their Motions for Summary Judgment in the public record and file unredacted versions of those Motions under seal and file the Summary Judgment Exhibits under seal in order to maintain the confidentiality of the materials Quixtar claims are subject to the Protective Order pending resolution of the Motion to Unseal (Doc. #530).

      IT IS SO ORDERED.

                                                               LANCE S. WILSON, CLERK
                                                               By:          /s/
                                                                     Deputy Clerk