UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| QUIXTAR, INC., | ) | 3:07-CV-0505-ECR (RAM) |
| | ) | |
| Plaintiff, | ) | <u>MINUTES OF THE COURT</u> |
| | ) | |
| vs. | ) | August 23, 2010 |
| | ) | |
| SIGNATURE MANAGEMENT TEAM, | ) | |
| LLC, dba TEAM, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:    <u>THE HONORABLE ROBERT A. McQUAID, JR.</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:    <u>JENNIFER COTTER</u>        REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

MINUTE ORDER IN CHAMBERS:

Defendants have filed a Request to File Under Seal Revised Response Brief of Signature Management Team, LLC to Quixtar's Supplemental Brief in Support of its Request to Continue the Deposition of Brent Campau (Doc. #656). Good cause appearing,

Defendants' Request to File Under Seal Revised Response Brief of Signature Management Team, LLC to Quixtar's Supplemental Brief in Support of its Request to Continue the Deposition of Brent Campau (Doc. #656) is <u>GRANTED</u>.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:_____/s/_____
Deputy Clerk