UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| QUIXTAR, INC., | ) | 3:07-CV-0505-ECR (RAM) |
| | ) | |
| Plaintiff, | ) | <u>MINUTES OF THE COURT</u> |
| | ) | |
| vs. | ) | August 23, 2010 |
| | ) | |
| SIGNATURE MANAGEMENT TEAM, LLC, dba TEAM, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   <u>THE HONORABLE ROBERT A. McQUAID, JR.</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>JENNIFER COTTER</u>         REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

MINUTE ORDER IN CHAMBERS:

    Plaintiff has filed a Request to Temporarily File Under Seal Quixtar's Letter re Ben Dickie's Deposition (Doc. #653). Good cause appearing,

    Plaintiff's Request to Temporarily File Under Seal Quixtar's Letter re Ben Dickie's Deposition (Doc. #653) is <u>GRANTED</u>.

    IT IS SO ORDERED.

                                                  LANCE S. WILSON, CLERK

                                                  By:         /s/
                                                        Deputy Clerk