UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| QUIXTAR, INC., | ) | 3:07-CV-0505-ECR (RAM) |
| | ) | |
| Plaintiff, | ) | <u>MINUTES OF THE COURT</u> |
| | ) | |
| vs. | ) | September 2, 2010 |
| | ) | |
| SIGNATURE MANAGEMENT TEAM, | ) | |
| LLC, dba TEAM, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

PRESENT:   <u>THE HONORABLE ROBERT A. McQUAID, JR.</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>JENNIFER COTTER</u>        REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

MINUTE ORDER IN CHAMBERS:

Defendants have filed a Request to Temporarily File Under Seal Portions of Their Reply Briefs in Support of Their Motions for Summary Judgment (Doc. #667).  Good cause appearing,

Defendants' Request to Temporarily File Under Seal Portions of Their Reply Briefs in Support of Their Motions for Summary Judgment (Doc. #667) is <u>GRANTED</u>.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:_____/s/_____
Deputy Clerk