1  JOHN J. FRANKOVICH (NSBN 667)
   MIRANDA DU (NSBN 5288)
2  MCDONALD CARANO WILSON LLP
   100 West Liberty Street, 10th Floor
3  Reno, Nevada  89505-2670
   Telephone:  (775) 788-2000
4  Facsimile:  (775) 788-2020
   E-Mail: jfrankovich@mcdonaldcarano.com
5  and mdu@mcdonaldcarano.com

6  CEDRIC C. CHAO (CA SBN 76045)
   WILLIAM L. STERN (CA SBN 96105)
7  JAMES M. SCHURZ (CA SBN 145874)
   MORRISON & FOERSTER LLP
8  425 Market Street
   San Francisco, California  94105-2482
9  Telephone:  (415) 268-7000
   Facsimile:  (415) 268-7522
10 E-Mail: cchao@mofo.com
   and wstern@mofo.com
11 and jschurz@mofo.com

12 [Additional Counsel on Signature Page]

13 Attorneys for Plaintiff QUIXTAR INC.

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| QUIXTAR INC., | Case No.   3:07-cv-00505-ECR-RAM |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| SIGNATURE MANAGEMENT TEAM, LLC d/b/a TEAM, and SKY SCOPE TEAM, INC., | ORDER |
| Defendants. | |

1  Plaintiff QUIXTAR, INC. and Defendants SIGNATURE MANAGEMENT TEAM, LLC
2  d/b/a TEAM and SKY SCOPE TEAM, INC. hereby stipulate to the dismissal of this action
3  against all parties with prejudice, including all claims, complaints, counterclaims, cross-claims,
4  and causes of action arising in the above-styled action, with each party bearing its own costs and
5  attorneys' fees. The grounds for dismissal are the parties have resolved their disputes.
6  ///
7  ///
8  ///
9  ///
10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

| | | |
|---|---|---|
| 1 | Dated: November 4, 2010 | */s/ Miranda Du* |
| | | JOHN FRANKOVICH |
| 2 | | MIRANDA DU |
| | | MCDONALD CARANO WILSON LLP |
| 3 | | 100 W. Liberty Street, 10th Floor |
| | | P.O. Box 2670 |
| 4 | | Reno, NV 89505-2670 |

CEDRIC C. CHAO
WILLIAM L. STERN
JAMES M. SCHURZ
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482

JAMES SOBIERAJ (IL SBN 6183779)
DOMINIC P. ZANFARDINO (IL SBN 6204603)
BRINKS HOFER GILSON & LIONE
NBC Tower, Suite 3600 North Cityfront Plaza Drive
Chicago, IL 60611-5599
Telephone:  (312) 321-4226
E-Mail:
and

JAMES K. CLELAND (BN P68507)
BRADLEY SMITH (BN 52,230)
BRINKS HOFER GILSON & LIONE
524 South Main Street, Suite 200
Ann Arbor, MI 48104-2921
Telephone:  (734) 302-6032
E-Mail:
and

EDWARD J. BARDELLI  (MI SBN P53849)
BRIAN J. MASTERNAK (MI SBN P57372)
WARNER NORCROSS & JUDD LLP
900 Fifth Third Center, 111 Lyon Street, NW
Grand Rapids, MI 49503
E-Mail:
    and

Attorneys for Plaintiff

| | | |
|---|---|---|
|1| Dated: November 4, 2010 | **/s/ John P. Desmond** |

John P. Desmond (NSBN 5618)
JONES VARGAS
100 W. Liberty St., Twelfth Floor,
Reno, Nevada 89509
Telephone: (775) 786-5000
Fax: (775) 786-1177
Email: jpd@jonesvargas.com

Sharon M. Woods (P22542)
Morley Witus (P30895)
Daniel J. LaCombe (P38602)
(*All Admitted Pro Hac Vice*)
BARRIS, SOTT, DENN & DRIKER, P.L.L.C.
211 W. Fort Street, 15th Floor
Detroit, Michigan 48226
Phone: (313) 965-9725/Fax: (313) 965-2493
Email: swoods@bsdd.com & mwitus@bsdd.com

William A. Sankbeil (P19882)
(*Admitted Pro Hac Vice*)
KERR RUSSELL & WEBER, PLC
500 Woodward Avenue, Suite 2500
Detroit, Michigan 48226
Phone: (313) 961-0200/Fax: (313) 961-0388
Email: was@krwlaw.com

Attorneys for Defendants

This case is closed.  ECR  11/04/2010

IT IS SO ORDERED.

*Edward C. Reed.*
_____
United States District Court Judge
Dated:  November 4, 2010

3